UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TRIPPE MANUFACTURING CO.,**<br>An Illinois Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>**MONSTER, LLC,**<br>A Nevada Company,<br><br>        Defendant. | Civil Action No. 08 CV 4951<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Michael T. Mason<br><br>JURY TRIAL DEMANDED |

### Plaintiff's Disclosure Statement

Pursuant to Local Rule 3.2, Plaintiff, Trippe Manufacturing Co., states that it has no parent corporation and is not a publicly held corporation.

Dated: September 2, 2008

Respectfully submitted,

  s/ Larry L. Saret

Shane A. Brunner
David L. De Bruin
Larry L. Saret
**MICHAEL BEST & FRIEDRICH LLP**
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601-6710
Phone 312.222.0800

Attorneys for Trippe Manufacturing Company