## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 CV 4951

TRIPPE MANUFACTURING CO., Plaintiff,
v.
MONSTER, LLC, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Trippe Manufacturing Co.

| | |
|---|---|
| **NAME (Type or print)**<br>Shane A. Brunner | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Shane A. Brunner | |
| **FIRM**<br>Michael Best & Friedrich LLP | |
| **STREET ADDRESS**<br>180 N Stetson Ave, Ste 2000 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6269468 | TELEPHONE NUMBER<br>(312) 222-0800 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐